# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 4, 2024

Lyle W. Cayce
Clerk

No. 23-40542
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Steven David Rangel,

*Defendant—Appellant*.

———————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:22-CR-266-1

———————

Before Clement, Elrod, and Ho, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Steven David Rangel has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rangel has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with

———————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40542

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.